```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     JOHN P. TYLER

                         Plaintiff(s)

       -vs-                                      00-Cv-6366T

     KAWAGUCHI, INC., ET AL

                         Defendant(s)
_____
```

By letter dated August 4th, 2006, counsel for plaintiff requests a one day adjournment of the final pre-trial conference and jury trial.  Good cause having been shown, it is hereby,

ORDERED, that the final pre-trial conference will be held on Tuesday, October 3, 2006 at 2:00 P.M.  Jury selection will commence at 9:30 A.M. on Wednesday, October 4, 2006.

SO ORDERED.

                                    S/ MICHAEL A. TELESCA
                                    MICHAEL A. TELESCA
                                    United States District Judge

Dated: August 9, 2006