```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     JOHN P. TYLER

                    Plaintiff(s)

          -vs-                              00-Cv-6366T

     KAWAGUCHI, INC., ET AL

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

                                               S/ MICHAEL A. TELESCA
                                               MICHAEL A. TELESCA
                                               United States District Judge

Dated:  Rochester, New York
        November 30, 2006