UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN P. TYLER,

                                Plaintiff,

                                                                                 ORDER

                                                                                 00-CV-6366L

                                v.

KAWAGUCHI, INC., et al.,

                                Defendants.
_____

       Trial in this case is currently scheduled for a day-certain on June 18, 2007, and the pretrial conference is scheduled for June 5, 2007 at 2:00 p.m.

       On March 1, 2007, the Court entered a pretrial order which directed that certain pretrial filings be made by May 16, 2007 and any *in limine* motions be filed by May 29, 2007, accompanied by a supporting memorandum of law. I expect that all dates listed in the pretrial order of March 1, 2007 will be complied with as required.

       IT IS SO ORDERED.

                                                              _____
                                                                 DAVID G. LARIMER
                                                                 United States District Judge

Dated: Rochester, New York
           May 7, 2007.